1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERDING CASTOR HEWITT, Plaintiff, v. PAUL FLRETCHER, ET AL., Defendants. | Case No. Misc. 17-36 SVW (MRWx) ORDER REQUIRING COMPLIANCE WITH SUBPOENA |

Defendants Fletcher and Wockner seek an order from this Court requiring non-party TransUnion to comply with a Rule 45 subpoena for records in an out-of-district action.  The subpoena requests production of credit reports and other materials of an individual related to the case.

TransUnion indicated to Defendants that it required a signed order from a federal court requiring compliance with the subpoena in order to produce responsive materials, but did not otherwise indicate an inability to comply with the subpoena.

After reviewing Defendants' various submissions and informally confirming that Plaintiff does not oppose the application, IT IS ORDERED that the request for an order enforcing the subpoena is GRANTED.  Pursuant to Federal Rule of Civil Procedure 45(d-f), TransUnion is directed to comply with the terms of the subpoena.

The matter remains closed following this ruling.  If any party requires further consideration of any issue related to this case, it may move to reopen the closed case.

Dated: July 6, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE